# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

MEMO ENDORSED

January 16, 2020

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-21-20

Re: *United States v. Gregory Price*
18 Cr. 314 (ALC)

Dear Judge Carter:

I write to inform the court that a conflict of interest has arisen in Federal Defender's continued representation of Mr. Price.

For this reason, I ask that Federal Defenders be relieved and that CJA counsel be appointed as soon as possible.

Sincerely,

Jennifer Brown
Attorney in Charge

cc: Jeffrey Coffman, AUSA
Gregory Price

JLB:kvo

The sentencing scheduled for January 23, 2020 at 10:00 a.m. is converted to a status conference. So Ordered.

Andrew Y Carter
1-21-20