

U.S. Department of ~~J~~ USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
*United States Attorne* DOC#: _____
*Southern District of N* DATE FILED: 4/3/2020

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 2, 2020

**VIA ECF AND EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**
The application is granted. Status conference adjourned to 6/8/20 at 10:30 a.m. Time excluded.

**SO ORDERED.**

Re: *United States v. Whitmore et al.,* 19 Cr. 846 (ALC)

Dear Judge Carter,

The Government respectfully submits this letter on behalf of all parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the pretrial conference presently scheduled for April 8, 2020, at 10:00 a.m., to a date and time convenient to the Court on or after June 1, 2020.

The Government respectfully requests that time between April 8, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel consent to this request.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 3, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray / Louis A. Pellegrino
Assistant United States Attorneys
(212) 637-2314 / -2617

cc:      All Counsel of Record (via ECF)