

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 1, 2020

**VIA ECF AND EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: failla_nysdchambers@nysd.uscourts.gov

**MEMO ENDORSED**

      **Re:** *United States v. Whitmore et al.,* 19 Cr. 846 (KPF)

Dear Judge Failla,

      The Government respectfully submits this letter on behalf of all parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the pretrial conference presently scheduled for June 8, 2020, at 10:30 a.m., to a date and time convenient to the Court on or after September 8, 2020.

      The Government respectfully requests that time between June 8, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defense to continue to review discovery produced to date, and to engage in discussions regarding a potential resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government has conferred with counsel for all defendants, and they consent to the exclusion of time through the above-referenced date.

      A proposed Order is enclosed for the Court's convenience.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By: _____
      Juliana N. Murray / Louis A. Pellegrino
      Assistant United States Attorneys
      (212) 637-2314 / -2617

cc:      All Counsel of Record (via ECF)

Application GRANTED.  The status conference currently scheduled for June 8, 2020, is hereby ADJOURNED to September 9, 2020, at 3:00 p.m.  It is further ORDERED that time is excluded under the Speedy Trial Act between June 8, 2020, and September 9, 2020.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will both permit defense to continue to review discovery and will allow the parties to engage in discussions regarding a potential resolution of this matter.

Dated:     June 1, 2020              SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE