UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>VAN WHITMORE; RONALD NIXON; BARRY WILLIAMS; RODNEY ROBINSON; KAPRIE LAMBERT; IAN HAYLOCK; SHAROD BELL; MALIK HAWKINS; ABDOUL HANNE; MALIK BREEDLOVE; and ANTHONY McDADE,<br><br>Defendants. | 19 Cr. 846 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

    There is currently a status conference scheduled for September 9, 2020, at 3:00 p.m.  In order to better accommodate the many Defendants in this action, the Court hereby ADJOURNS that conference to September 9, 2020, at 9:00 a.m.  The conference will take place on a remote basis, and instructions for dialing into the conference are as follows:  At 9:00 a.m. the parties will dial (888) 363-4749 and enter access code 5123533.  Please note that the conference will not be available prior to 9:00 a.m.

    SO ORDERED.

Dated:  August 27, 2020
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge