

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 4, 2021

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: failla_nysdchambers@nysd.uscourts.gov

**MEMO ENDORSED**

> Re: *United States v. Whitmore et al.*, 19 Cr. 846 (KPF)

Dear Judge Failla,

The Government respectfully submits this letter on behalf of all parties to jointly request that the Court adjourn the pretrial conference presently scheduled for March 10, 2021 at 9:00 a.m for approximately 60 days.

The Government also respectfully requests that time between March 10, 2021 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defense to continue to review discovery produced over the past two months and to allow defense counsel to continue to meet with their clients to discuss a potential resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government has conferred with counsel for all defendants, and they consent to the exclusion of time through the above-referenced date.

Thank you for your consideration of these requests.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray / Louis A. Pellegrino
Assistant United States Attorneys
(212) 637-2314 / -2617

cc:   All Counsel of Record (via ECF)

Application GRANTED. The conference scheduled for March 10, 2021, is hereby ADJOURNED to May 13, 2021, at 9:00 a.m. It is further ORDERED that time is excluded under the Speedy Trial Act between March 10, 2021, and May 13, 2021. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and to meet with their clients to discuss a potential pre-trial disposition.

Dated:     March 5, 2021                SO ORDERED.
           New York, New York

                                        *Katherine Polk Failla* (signature)

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE