UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 846-1 (KPF) |
| VAN WHITMORE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a change of plea hearing in this matter on June 2, 2021, at 9:00 a.m. The hearing will proceed via video conference, and instructions for video participants will be sent separately in advance of the hearing.

SO ORDERED.

Dated: May 4, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge