UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 19 Cr. 846 (KPF) |
| VAN WHITMORE, *et al.* | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

There is currently a conference scheduled in this matter for September 2, 2021, at 11:00 a.m.  Due to constraints on the centralized scheduling system for remote proceedings in criminal matters, the conference must instead proceed at 9:00 a.m.  The hearing will proceed by telephone conference, and the dial-in information is as follows:  At 9:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 9:00 a.m.

SO ORDERED.

Dated: August 25, 2021
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge