UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 19 Cr. 846 (KPF) |
| VAN WHITMORE, et al., | ORDER |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on September 2, 2021, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will commence on **July 18, 2022, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **June 21, 2022**;

- Any opposition papers to motions *in limine* will be due **June 28, 2022**; and

- The final pretrial conference will be scheduled for **July 7, 2022, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: September 2, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge